Anthony James **MARTINI; et al., Plaintiffs–Appellants,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE; et al., Defendants– Appellees.**

No. 08–56501.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 1, 2008.*

Filed Dec. 15, 2008.

Anthony James Martini, Newport Beach, CA, pro se.

Annette Martini, Newport Beach, CA, pro se.

Indira Joy Cameron–Banks, Assistant U.S., Office of U.S. Attorney, Los Angeles, CA, for Defendants–Appellees.

Before: GOODWIN, CLIFTON and BEA, Circuit Judges.

### MEMORANDUM **

A review of the record and appellants' response to this court's order to show

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Indeed, we find this appeal frivolous.

Accordingly, we summarily affirm the district court's order dismissing the action without prejudice.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.